### 29920. JONES v. THE STATE.

BROYLES, C. J. The defendant was convicted in the criminal court of Fulton County of the offense of operating a lottery, known as the "number game," for the hazarding of money. The evidence, including an incriminatory admission of the accused, authorized the verdict, and the assignments of error in the petition for certiorari show no cause for another trial. The judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED JANUARY 28, 1943. REHEARING DENIED FEBRUARY 20, 1943.

*Swift Tyler, C. G. Battle,* for plaintiff in error.
*Bond Almand, solicitor, John A. Boykin, solicitor-general, Durwood T. Pye, Lindley W. Camp, solicitor,* contra.

### 29981. DAVIS v. THE STATE.

BROYLES, C. J. 1. The evidence amply authorized the verdict.
2. The special grounds of the motion for new trial, alleging that the court erred in charging the law of confessions and in failing to charge the law of admissions, are without merit, since the undisputed evidence showed that the defendant had made a free and voluntary confession, which was corroborated by other evidence. Therefore the court properly instructed the jury on the law of confessions, and did not err in omitting to charge the law of admissions or incriminatory statements.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED FEBRUARY 4, 1943. REHEARING DENIED FEBRUARY 20, 1943.

*A. M. Zellner,* for plaintiff in error.
*Frank B. Willingham, solicitor-general,* contra.